**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   ED 13-02004-VAP (DTBx)                                   Date:  May 30, 2014

Title:        RAMEL ACUNA ET AL *-v-* PACIFIC COAST HOME MORTGAGE, LLC ET AL
==============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

   Marva Dillard                                                   None Present
   Courtroom Deputy                                             Court Reporter

ATTORNEYS PRESENT FOR                              ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                      DEFENDANTS:

   None                                                                   None

PROCEEDINGS:        ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE
                                   (IN CHAMBERS)

        On November 4, 2013, Plaintiffs Ramel and Asuncion Acuna filed a Complaint against Pacific Home Coast Mortgage LLC, Wells Fargo Bank N.A., First American Title Insurance Company, First American Trustee Servicing Solutions LLC, and Preeminent Investment Corporation.  (Doc. No. 1.)  On December 31, 2013, Plaintiffs stipulated to dismiss Preeminent Investment Corporation.  (Doc. No. 24.)  Since that time, Plaintiffs have failed to prosecute this action.

        Accordingly, the Court ORDERS Plaintiff to show cause in writing, no later than June 6, 2014, why this action should not be dismissed for failure to prosecute.  Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

   **IT IS SO ORDERED.**


MINUTES FORM 11                                           Initials of Deputy Clerk ____md____
CIVIL -- GEN                                     Page 1

**ED 13-02004-VAP (DTBx)**
**RAMEL ACUNA ET AL v. PACIFIC COAST HOME MORTGAGE, LLC ET AL.**
**MINUTE ORDER of May 30, 2014**