JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RAMEL ACUNA, AND<br>ASUNCION D. ACUNA,<br><br>        Plaintiff,<br><br>  v.<br><br>PACIFIC COAST HOME<br>MORTGAGE, LLC, et al.,<br><br>        Defendants. | Case No. ED 13-02004-VAP<br>(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: June 16, 2014

                                        */s/ Virginia A. Phillips*
                                  VIRGINIA A. PHILLIPS
                              United States District Judge